PROB 12C
(6/16)

Report Date: September 4, 2020

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 08, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lacondina Rose Senator | Case Number: 0980 1:17CR02058-SAB-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 5, 2018

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 30 Months<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: February 25, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: February 24, 2023 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/31/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.<br><br>**Supporting Evidence**: Ms. Lacondina Senator is alleged to have violated standard condition number 13 by failing to contact the undersigned officer as directed on or about September 4, 2020.<br><br>On February 26, 2020, Ms. Senator signed her conditions relative to case number 1:17CR02058-SAB-1, indicating she understood all conditions as ordered by the Court. Specifically, Ms. Senator was made aware by her U.S. probation officer that she was required to follow all instructions given by her supervising U.S. probation officer related to her conditions of supervised release.<br><br>Specifically, on September 3, 2020, the undersigned officer received notification from Pioneer Human Services in Spokane, Washington, that the client had failed to report for random urinalysis testing as required when her assigned color was called on September 2, 2020. At 11:15 a.m., the undersigned officer attempted a phone call to Ms. Senator and was able to leave the client a voice mail requesting a return call with respect to the missed |

Prob12C
Re: Senator, Lacondina Rose
September 4, 2020
Page 2

appointment. On the day in question, Ms. Senator was also sent a text message by the undersigned officer requesting a return call. The undersigned officer continued to attempt contact with Ms. Senator telephonically throughout the remainder of the day with her phone consistently ringing through to her voice mail. No additional voice mails were left for the client on the day in question.

On September 4, 2020, at 8:09 a.m., the undersigned officer again attempted contact with the client, this time leaving a voice mail for the client directing her to return the undersigned officer's voice mail no later than 12 p.m. on the day in question. Ms. Senator was additionally sent a text message on the day in question, also requesting a return call prior to 12 p.m.

Ms. Senator has since failed to respond to any inquiry lodged by the undersigned officer. In an attempt to locate Ms. Senator, a voice mail was left for her sponsor on September 4, 2020, at 2:37 p.m., and a return call was received from the party who advised that Ms. Senator had in fact departed the residence on Friday, August, 28, 2020, to stay with friends for the weekend, but never returned. The contact noted having received a text message from the client on Sunday, August, 30, 2020, but having no contact with the client since. The contact advised she was unaware of Ms. Senator's physical location or when she might return. At no time had Ms. Senator advised the undersigned officer of any need or intent to reside away from her primary residence.

As a direct result of Ms. Senator's current conduct her current whereabouts are unknown to the undersigned officer.

3          **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Lacondina Senator is alleged to have violated special condition number 4 by failing to attend random urinalysis testing with the contract provider in Spokane, Washington, on September 2, 2020.

On February 26, 2020, Ms. Senator signed her conditions relative to case number 1:17CR02058-SAB-1, indicating she understood all conditions as ordered by the Court. Specifically, Ms. Senator was made aware by her U.S. probation officer that she was required to attend random urinalysis testing with the U.S. Probation Office and the contract provider in Spokane, Washington.

Specifically, on September 3, 2020, the undersigned officer received notification from Pioneer Human Services in Spokane, Washington, that the client had failed to report for random urinalysis testing as required when her assigned color was called on September 2, 2020. Ms. Senator has since failed to contact the undersigned officer as directed, with her current sponsor advising that Ms. Senator had departed the residence on Friday, August 28, 2020, to stay with friends and has not returned.

Prob12C
Re: Senator, Lacondina Rose
September 4, 2020
Page 3

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a <u>WARRANT</u>**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 4, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

9/8/2020

Date