PROB 12C
(6/16)

Report Date: November 23, 2020

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lacondina Rose Senator | Case Number: 0980 1:17CR02058-SAB-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 5, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 30 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: February 25, 2020 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: February 24, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/31/2020, and 9/04/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Ms. Lacondina Senator is alleged to have violated mandatory condition number 1 by committing the crime of theft in the third degree on October 11, 2020, in Yakima, Washington. Theft in the Third Degree is a violation of R.C.W. 9A.56.050, and is a Gross Misdemeanor. |
| | On February 26, 2020, Ms. Senator signed her conditions relative to case number 1:17CR02058-SAB-1, indicating she understood all conditions as ordered by the Court. Specifically, Ms. Senator was made aware by her U.S. probation officer that she was prohibited from committing any federal, state or local crime. |
| | Specifically, on November 13, 2020, the U.S. Probation Office in Spokane received an automated inquiry on the client indicating her name had been run by the Yakima Police Department, and on November 23, 2020, the relative police reports were received by the U.S. Probation Office in Spokane. According to the reports received, on October 15, 2020, the Yakima Police Department received a case for follow-up with respect to a previously alleged incident of shoplifting that had occurred at a Lowe's store located in Yakima. |

Prob12C
**Re: Senator, Lacondina Rose**
**November 23, 2020**
**Page 2**

According to the police report, local authorities were provided with a report made by Lowe's loss prevention staff, as well as still photos of the client and the vehicle information the client departed from the store in. Specifically, loss prevention staff reported that on October 11, 2020, an unknown female exited the store with $142.96 worth of merchandise without paying for it. The suspect was alleged to have removed from the establishment Kobalt tools, as well as Bounty and Charmin merchandise.

Based on the suspect's description and appearance during the incident, and based on both the report of the loss prevention officer and the photos submitted, Ms. Senator was established as being the suspect in question. The report concludes with the investigating detective determining that probable cause exists for the arrest of Ms. Senator relative to the offense of theft in the third degree, and noting a criminal citation has been forwarded to the prosecutor's office for review.

It should be noted that Ms. Senator remains absconded from supervised release, and at this time, her whereabouts remain unknown to the U.S. Probation Office.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 23, 2020

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

11/23/2020

Date