PROB 12A
(6/16)

# United States District Court

### for the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Lacondina Rose Senator | Case Number: 0980 1:17CR02058-SAB-1 |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: September 5, 2018 | Type of Supervision: Supervised Release |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | Date Supervision Commenced: September 21, 2021 |
| Original Sentence: Prison - 30 Months; TSR - 36 Months | Date Supervision Expires: July 20, 2024 |
| Revocation Sentence: Prison - 56 Days; (March 31, 2021)     TSR - 34 Months | |

### NONCOMPLIANCE SUMMARY

On September 22, 2021, Ms. Lacondina Senator signed her conditions relative to case number 1:17CR02058-SAB-1, indicating she understood all conditions as ordered by the Court.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Ms. Senator is alleged to have violated mandatory condition number 1 by being cited for Driving While License Suspended, in violation of R.C.W. 46.20.342.1(c), a misdemeanor, occurring on or about December 24, 2022. |
| | Specifically, on December 27, 2022, the undersigned officer received a phone call from Ms. Senator who advised that she wanted to inform this officer of law-enforcement contact, as well as her being cited for both driving with a suspended license and speed too fast for conditions. |
| | Ms. Senator elaborated that on December 24, 2022, she had received a call from her daughter, who also presents without a license and who had made the decision to go driving with a colleague from their current place of employment. Her daughter informed her that they had been stopped by law enforcement and the party was subsequently arrested for driving under the influence. |

Prob12A
Re: Senator, Lacondina Rose
January 6, 2023
Page 2

> The client indicated that her daughter was insistent that she returns the individual's vehicle to the Spokane area from where they were stopped. The client noted that against her better judgment, and in an effort to protect her daughter, she made the decision to return the vehicle to the Spokane area, but in doing so, slid off the road due to the poor weather conditions.
>
> Ms. Senator noted that she made the decision to remain with the vehicle after law enforcement was contacted, after which she was met by officers and cited for speed too fast for conditions and driving without a license. Ms. Senator provided images of both issued citations in support of her claim. Ms. Senator indicated that she was unaware if or when she would be formally charged by the Spokane County Prosecutor's Office, and indicated that she was advised formal charges could take up to 1 year.

**U.S. Probation Officer Action**:

In response to the client's admitted conduct as outlined, Ms. Senator was both reprimanded for her behavior and advised that the Court would be made aware of the transgression. Further, these parties spent a sufficient amount of time discussing the importance of setting healthy boundaries in regard to not only her sobriety, but her conduct while in the community, to include those boundaries often required with family.

Further, the undersigned officer worked with Ms. Senator in applying cognitive-based interventions to her scenario which she previously faced, after which she herself was able to identify both negative outcomes of her chosen behavior, as well as a new and healthier behavior she would commit to if she was again in similar circumstances. Ms. Senator committed to not only setting healthy boundaries for herself, but continuing to use cognitive interventions as a part of her decision making process moving forward.

To Ms. Senator's credit, she has previously and successfully completed inpatient and outpatient chemical dependency treatment, as well as outpatient mental health counseling. Ms. Senator is currently employed full time and residing in clean and sober housing where she serves as the house president. Further, Ms. Senator's conduct as outlined herein would constitute her first reported violation during the current term of supervised release.

It is hoped the intermediate sanction imposed meets the expectations of the Court. Please advise the undersigned officer if Your Honor requires a different course of action or a court appearance by the offender.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed On: | January 6, 2023 |
|---|---|
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer<br>Date: January 6, 2023 |

Prob12A
**Re: Senator, Lacondina Rose**
**January 6, 2023**
**Page 3**

[X]  Court Concurs with Officer Action
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

_____
Signature of Judicial Officer

1/10/2023
Date