PROB 12C
(6/16)

Report Date: July 11, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 12, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lacondina Rose Senator | Case Number: 0980 1:17CR02058-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Washington 99206 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 5, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | | |
| Original Sentence: | Prison - 30 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (March 31, 2021) | Prison - 56 Days; TSR - 34 Months | | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: | September 21, 2021 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: | July 20, 2024 |

## PETITIONING THE COURT

**To issue a SUMMONS**.

On September 22, 2021, Ms. Lacondina Senator signed her conditions relative to case number 1:17CR02058-SAB-1, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| 2 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Ms. Senator is alleged to have violated mandatory condition number 3 by ingesting methamphetamine and fentanyl on or about June 26, 2024, based on both urinalysis testing and her admission of such use, and by violating special condition number 5 by ingesting alcohol on or about June 26, 2024, based on her own admission. |

Prob12C
Re: Senator, Lacondina Rose
July 11, 2024
Page 2

Specifically, on June 26, 2024, the undersigned officer sent Ms. Senator a text message directing her to report to the U.S. Probation Office for random urinalysis testing. Approximately 2 hours later, the undersigned officer received a call from Ms. Senator who indicated that she had traveled to and was staying in Goldendale, Washington, to attend a funeral, and would be returning to Spokane the following day (June 27, 2024) at which time she would report for urinalysis testing as directed.

On June 27, 2024, Ms. Senator reported to the U.S. Probation Office in Spokane for urinalysis testing as directed. Prior to submitting to testing, Ms. Senator admitted to ingesting methamphetamine and "probably" fentanyl, previously occurring on or about June 26, 2024. Ms. Senator would also later admit to ingesting alcohol on the same day as well, describing to officers how she used the substances outlined to help cope with the passing of a family member. Ms. Senator did sign a drug use admission form serving to document her use of methamphetamine, fentanyl and alcohol, previously occurring on or about June 26, 2024, for the purpose of memorializing her admission.

Ms. Senator subsequently submitted to urinalysis testing as directed, and on July 8, 2024, the laboratory reports specific to Ms. Senator's urinalysis test were received by the U.S. Probation Office, confirming the sample was positive for amphetamine, methamphetamine and fentanyl.

3   **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Ms. Senator is alleged to have violated mandatory condition number 3, by ingesting both methamphetamine and fentanyl, previously occurring on or about July 4, and July 5, 2024, based on her own admission.

Specifically, on July 10, 2024, home contact was conducted with Ms. Senator at her residence located in the Spokane Valley. During the contact, Ms. Senator indicated that she wanted to be fully honest with the undersigned officer and disclosed she had again relapsed on both methamphetamine and fentanyl on or about July 4, 2024, and then used the substances into July 5, 2024. Ms. Senator indicated she recognized that she needed help at this juncture to regain sobriety, and did sign a drug use admission form serving to memorialize the admission.

The U.S. Probation Office respectfully recommends the Court **issue a SUMMONS** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | July 11, 2024 |
|---|---|
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

Prob12C
Re: Senator, Lacondina Rose
July 11, 2024
Page 3

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

_____7/12/2024_____
Date