PROB 12C
(6/16)

Report Date: July 22, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Lacondina Rose Senator          Case Number: 0980 1:17CR02058-SAB-1

Address of Offender: 10726 East Riverside Avenue, Apartment 14, Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 5, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 30 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (March 31, 2021) | Prison - 56 Days; TSR - 34 Months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: September 21, 2021 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: July 20, 2024 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/11/2024.

On September 22, 2021, Ms. Lacondina Senator signed her conditions relative to case number 1:17CR02058-SAB-1, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| 5 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Ms. Senator is alleged to have violated mandatory condition number 3 by ingesting methamphetamine and fentanyl on or about both July 11, and 12, 2024, based on her admission of such use; and by violating special condition number 5 by ingesting alcohol on or about July 11, 2024, based on her own admission. |

Prob12C
**Re: Senator, Lacondina Rose**
**July 22, 2024**
**Page 2**

Specifically, on July 15, 2024, the undersigned officer received notification from Spokane Regional Stabilization, where the subject had originally and voluntarily surrendered to services on July 12, 2024, that the subject had chosen to depart from detox services against the recommendation of staff. Ms. Senator was contacted telephonically by the undersigned officer and admitted to the behavior, stating that she had done so as she could not get comfortable, was experiencing anxiety, and was not feeling well. Ms. Senator was directed to report to the U.S. Probation Office on July 16, 2024, for the purpose of further dialogue and urinalysis testing.

On July 16, 2024, Ms. Senator reported as directed and submitted to urinalysis testing, the result of which proved presumptive positive for fentanyl and methamphetamine. Ms. Senator subsequently admitted to the undersigned officer to having ingested both methamphetamine and fentanyl on both July 11, 2024, and then again on July 12, 2024, prior to surrendering to the Spokane Regional Stabilization facility. Ms. Senator further admitted to having traveled to the casino on July 11, 2024, and to drinking a mixed hard alcohol beverage. Ms. Senator reaffirmed that she needs help and stated her desire to remain clean and sober, yet remained unable to identify why she was continuing to use illicit substances.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 22, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.

*Stanley A. Bastian*

Signature of Judicial Officer

7/23/2024
Date