PROB 12C
(6/16)

Report Date: July 26, 2024

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lacondina Rose Senator | Case Number: 0980 1:17CR02058-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓ Spokane Valley, Washington 99206 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: September 5, 2018 | |
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |
| Original Sentence: Prison - 30 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (March 31, 2021) Prison - 56 Days; TSR - 34 Months | |
| Asst. U.S. Attorney: Earl Allan Hicks | Date Supervision Commenced: September 21, 2021 |
| Defense Attorney: Federal Public Defender | Date Supervision Expires: July 20, 2024 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/11/2024, and 07/22/2024.

On September 22, 2021, Ms. Lacondina Senator signed her conditions relative to case number 1:17CR02058-SAB-1, indicating that she understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: Ms. Senator is alleged to have violated mandatory condition number 3 by ingesting both methamphetamine and fentanyl, on or about both July 22 and 24, 2024, based on her own admission.<br><br>Specifically, on July 25, 2024, Ms. Senator reported to the U.S. Probation Office in Spokane, as directed by the undersigned officer, after having failed to do so on July 24, 2024. Ms. Senator had been previously advised to be prepared to provide a urinalysis sample, but she indicated upon arrival that she would need a few minutes to prepare to do so. During |

Prob12C
Re: Senator, Lacondina Rose
July 26, 2024
Page 2

dialogue, and prior to urinalysis testing, Ms. Senator admitted ingesting both methamphetamine and fentanyl, previously occurring on both July 22 and 24, 2024. Ms. Senator clarified that she had only used a "small" amount, and advised that while she could likely control her use of methamphetamine, she indicated she was struggling significantly with controlling her use of fentanyl. Ms. Senator did sign a drug use admission form serving to document her admission and admitted that she remained in need of assistance to control her current addiction.

Ms. Senator was subsequently taken into custody by the U.S. Marshals Service given her previously Court issued warrant. The undersigned officer was subsequently advised by the U.S. Marshals Service, following Ms. Senator being booked into the Spokane County Jail, during the county jail's intake and screening process, Ms. Senator was found to have contraband hidden in her person. The undersigned officer remains waiting on the report describing this circumstance to determine if additional violations are warranted.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 26, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

7/26/2024

Date